TRYCO MANUFACTURING COMPANY, Plaintiff-Appellant, *v.* RALPH W. RILEY, d/b/a R. W. RILEY DISTRIBUTING COMPANY, Defendant-Appellee.

(No. 11660; ▮▮▮▮▮▮▮▮)

Fourth District—October 4, 1972.

Opinion by Mr. PRESIDING JUSTICE TRAPP.

Wilson, Dyar, Houchen & McDonald, of Decatur, (Kirtley E. Wilson, of counsel,) for appellant.

Hull, Armstrong & Campbell, of Decatur, (Michael I. Campbell, of counsel,) for appellee.